UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
MAY 1 7 2005

CASE NO: 5:05-M-396

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| V. | } |
| JOHNSON, Jennifer E. | } CRIMINAL INFORMATION |
| Fayetteville, NC  28311 | } |

Defendant:

The United States Attorney charges:

COUNT I

THAT, on or about 5 March 2005, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JENIFFER E. JOHNSON, did operate a motor vehicle upon a street, highway, or public vehicular area while under the influence of an impairing substance and/or after having consumed sufficient alcohol that she had, at a relevant time after driving, a blood alcohol concentration of 0.08% or more; in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.1.

Count II

THAT, on or about 5 March 2005, on the Fort Bragg Military Reservation an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JENNIFER E. JOHNSON, did drive a motor vehicle, on a highway or a public vehicular area, while less than twenty-

one years of age after she consumed alcohol or a controlled substance, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-138.3.

## Count III

THAT, on or about 5 March 2005, on the Fort Bragg Military Reservation an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, JENNIFER E. JOHNSON, did operate a motor vehicle on the highway at such a slow speed as to impede the normal and reasonable movement of traffic in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 20-141(h).

FRANK D. WHITNEY
UNITED STATES ATTORNEY

BY: _____
JAMES C. CUNNINGHAM
Special Assistant United States
 Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28310-5000
(910) 396-1221/1222